**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUL 1 0 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 13-30163 MJR |
| | ) | |
| vs. | ) | |
| | ) | |
| KARASHIA A. TABBS, | ) | Title 18, United States Code, Section 1347 |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

1.       **KARASHIA A. TABBS** defrauded the State of Illinois Medicaid Home Services program by falsely claiming and taking payments for personal assistant services not actually performed. The State of Illinois pays a personal assistant hourly wages for performance of services for a qualified beneficiary. The qualified beneficiary must have a written Employment Agreement with the personal assistant and a Service Plan listing all services to be provided. In order for the personal assistant to receive payment from the State of Illinois, the beneficiary must submit a Home Services Time Sheet form listing the hours worked by the personal assistant and signed by both the beneficiary and personal assistant.

2.       The Home Services Program is a Medicaid Waiver Program designed to provide a disabled individual who, with assistance in performing daily living activities in the home, would not require similar care in a nursing home. The Illinois Department of Human Services, Division of Rehabilitation Services (DORS) administers the program. Medicaid Waiver programs enable states to use both state and federal Medicaid funds to pay for services related to medical care that would not ordinarily be covered under Medicaid.

3.      On January 16, 2002, JT (beneficiary) completed an Employment Agreement with her daughter **KARASHIA A. TABBS** as her personal assistant.

4.      From on or about June 15, 2012, through on or about November 1, 2012, **KARASHIA A. TABBS**, in furtherance of the scheme to defraud, completed Home Service Time Sheets and claimed approximately $4,594.00 from the Illinois Medicaid Home Services Program for personal assistant services that were not performed.  These timesheets were fraudulent because the beneficiary, JT,  had moved to, and was during the time period, residing in the state of Texas. Each form included the following warning:

- *The intentional falsification of any information submitted on this form could lead to criminal prosecution.*

5.      On October 15, 2012, **KARASHIA A. TABBS**, in furtherance of the scheme to defraud, submitted a Home Services Time Sheet stating that JT resided with her and that she performed a total of 40 hours of personal assistant services for JT for the following days:  October 1, 2, 3, 4, 5, 8, 9, 10, 11, and 12, 2012. JT was, during this time frame, residing in Texas, and had been residing in Texas since June 2012 and was therefore, not available to receive personal assistant services on the days claimed.

6.      On November 15, 2012, a person identifying themselves as JT contacted the State of Illinois Department of Human Services, Division of Rehabilitation Services and informed the office that she wanted her case closed because she was moving, but would not provide details on where she was moving. During the same conversation, but from a different telephone, **KARASHIA A. TABBS** informed the office that she also wanted the case closed so she could file for unemployment.

## Count 1
### Health Care Fraud

7.      Paragraphs 1 through 6 are realleged and incorporated in Count 1.

8.      On or about June 15, 2012, through November 1, 2012, in St. Clair County,

within the Southern District of Illinois,

**KARASHIA A. TABBS,**

defendant herein, did knowingly and willfully execute a scheme to defraud a health care benefit

program, namely Medicaid, in connection with the delivery of and payment for health care

benefits and services by submitting time sheets and receiving payment for personal assistant

services not performed, in violation of Title 18, United States Code, Section 1347.

RANLEY R. KILLIAN
WILLIAM E. COONAN
Assistant United States Attorneys

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: $10,000 unsecured